UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ADMIRAL SECURITY SERVICES, INC.,<br><br>Defendant. | Case No. 18-cv-03992-KAW<br><br>ORDER TO SHOW CAUSE |

This action was filed on July 3, 2018. (Dkt. No. 1.) Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 90 days to complete service of the complaint and summons on Defendant, such that October 1, 2018 was the last day to complete service or to file a Motion for Administrative Relief from the deadline pursuant to Civil L.R. 7-11. The Case Management Conference (CMC), originally scheduled for October 2, 2018, was continued to November 20, 2018, because Defendant had not been served 7 days prior to the original CMC date. (Re: Dkt. No. 8.)

IT IS HEREBY ORDERED that by no later than November 9, 2018, Plaintiff shall show cause why this matter should not be dismissed for failure to comply with the deadline to complete service on Defendant or to file a Motion for Administrative Relief. The November 20, 2018 CMC is CONTINUED to **December 18, 2018** at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 1, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge